**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:25CR13 |
| vs. | : | |
| Sergio Andres Ortega Cabello, | : | Judge Hopkins |
| Defendant. | : | |

## STATUS UPDATE AS TO MR. CABELLO

Now comes the Defendant, Sergio Andres Ortega Cabello, by and through counsel, and hereby files this status update in advance of the Court's telephonic conference scheduled for Thursday, July 16, 2026. As the Court is aware, the parties have been actively engaged in plea negotiations. As part of that process, they were working with multiple jurisdictions to consolidate a number of cases. At this time, an agreement has been reached with this district and the Western District of Tennessee. However, both need to be reduced to writing. The undersigned spoke with counsel for the government, who is preparing a plea agreement for the instant matter. Additionally, government's counsel is in the process of securing the necessary paperwork from the Western District of Tennessee.

At this time, the defense respectfully asks that the Court schedule a change of plea hearing in this instant matter and the Tennessee case (which the parties intend to be transferred here from Tennessee, pursuant to Federal Rule of Criminal Procedure 20). Because the defense is uncertain of the government's timeline, Mr. Cabello defers to the Assistant United States Attorney for how much time is needed. Mr. Cabello agrees to an ends of justice continuance until the next scheduled date.

Wherefore, Mr. Cabello respectfully asks that this matter be set for a change of plea at the convenience of the Court and government's counsel.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

*s/ Zenaida R. Lockard*
Zenaida R. Lockard (KY93402)
Assistant Federal Public Defender
250 East 5th Street, Suite 350
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Sergio Andres Ortega Cabello

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Anthony Springer, Assistant United States Attorney, via Electronic Case Filing, on this 13th day of July, 2026.

*s/ Zenaida R. Lockard*
Zenaida R. Lockard